UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL PERSONS SIMILARLY SITUATED,

    Plaintiff,

-against-

STYLIST'S OWN LLC,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2020_

19 Civ. 9730 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 25, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by December 30, 2019, in advance of the initial pretrial conference scheduled for Monday, January 6, 2020. ECF No. 6. Those submissions are now overdue.

Accordingly, it is hereby ORDERED that by **January 4, 2020**, at **12:00 p.m.**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 3, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge