USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2020

# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

VIA ECF

January 3, 2020

Hon. Judge Analisa Torres
United States District Court Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: **Marcos Calcano v Stylist's Own LLC**
      <u>Case No.: 1:19-cv-09730-AT</u>

Dear Judge Torres:

  This firm is counsel to Plaintiff Marcos Calcano in the above-referenced matter. We write to respectfully request a forty-five (45) day adjournment of the Initial Conference scheduled before Your Honor on January 6, 2020. We also request an extension of the time to submit the parties' joint letter and proposed case management plan due January 4, 2020. Defendant has failed to Answer the subject complaint and we have sent correspondence regarding the potential for default as well as served additional copies of the complaint. We are exhausting measures to make sure this matter is tried on the merits. We further request this extension of time to avoid spending unnecessary cost and legal fees.

  Thank you for your kind consideration of this request.

GRANTED. The initial pretrial conference scheduled for January 6, 2020, is ADJOURNED to **February 20, 2020**, at **11:40 a.m.** By **February 13, 2020**, the parties shall file their joint letter and proposed case management plan.

Respectfully submitted,
/s/
Darryn G. Solotoff, Esq

SO ORDERED.

Dated: January 3, 2020,
   New York, New York

ANALISA TORRES
United States District Judge