USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2020

# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

**VIA ECF**

February 5, 2020

Hon. Judge Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Calcano v Stylist's Own LLC
               Case No.: 1:19-cv-09730-AT

Dear Judge Torres:

      This firm is counsel to Plaintiff Marcos Calcano in the above-referenced matter. Plaintiff has served a copy of the docket and a default letter on defendant. Pursuant to your Honor's Individual Rules, (1) this matter is scheduled for an Initial Conference on February 20, 2020 (Dk#9). (2) Plaintiff's counsel is away that week in Florida on a trip that was planned with family (proof of flight itinerary may be provided on request). (3) This is plaintiff's second request for an adjournment of the initial conference. (4) The first letter request for an extension filed on January 3, 2020 (Dk#8) was granted by your honor (DK#9). (5) Defendant has still not answered or responded to the initial pleadings. Plaintiff will provide proof of travel with family upon request. Plaintiff currently has no conflicts with future dates.

      Thank you for your kind consideration of this request.

Respectfully submitted,
/s/
Darryn G. Solotoff, Esq

GRANTED. The initial pretrial conference scheduled for February 20, 2020, is ADJOURNED to **March 26, 2020**, at **12:20 p.m.** By **March 19, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 6, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge