UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL PERSONS SIMILARLY SITUATED,

    Plaintiff,

-against-

STYLIST'S OWN LLC,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2020_

19 Civ. 9730 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for March 26, 2020, shall proceed telephonically. The parties are directed to call chambers at (212) 805-0293 on **March 26, 2020**, at **12:20 p.m.** with both parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge