UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL PERSONS SIMILARLY SITUATED,

        Plaintiff,

-against-

STYLIST'S OWN LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2020

19 Civ. 9730 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff's motion to adjourn the initial pretrial conference scheduled for March 26, 2020, ECF No. 14, is GRANTED. The conference scheduled for March 26, 2020 is ADJOURNED to **April 27, 2020**, at **11:20 a.m.** The conference will proceed telephonically; call-in information will be provided in a subsequent order.

The Clerk of Court is directed to terminate the motion at ECF No. 14.

SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge